**Steve MORSA, Plaintiff–Appellant**

v.

**FACEBOOK, INC., Defendant–Appellee.**

**No. 2015–1336.**

United States Court of Appeals,
Federal Circuit.

Nov. 13, 2015.

Jeffrey Bragalone, Bragalone Conroy PC, Dallas, TX, argued for plaintiff-appellant. Also represented by Patrick J. Conroy, Daniel Fletcher Olejko; Matthew DelGiorno, DelGiorno IP Law, PLLC, Allen, TX.

Heidi Lyn Keefe, Cooley LLP, Palo Alto, CA, argued for defendant-appellee. Also represented by Elizabeth L. Stameshkin, Mark R. Weinstein; Phillip Edward Morton, Washington, DC.

NEWMAN, DYK, and O'MALLEY, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**